IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>WALTER L. SADLER, )<br>        Defendant(s), )<br>)<br>and )<br>)<br>JERRY PRATER TRUCKING, INC., )<br>        Garnishee. ) | CASE NO. DNCW3:95CR134<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Walter L. Sadler is DISMISSED.

**SO ORDERED**.

Signed: May 28, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge